IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-89 |
| | ) | |
| HARRY McMULLEN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Harry McMullen, pursuant to an Indictment returned against him by the Federal Grand Jury on September 27, 2005.

COLM F. CONNOLLY
United States Attorney

By: /s/ Beth Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: September 27, 2005

AND NOW, this 27th day of Sept., 2005, upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant issue for the arrest and apprehension of Harry McMullen.

/s/ Kent A. Jordan
Honorable Mary Pat Thynge  Kent A. Jordan
United States Magistrate Judge
                              District

FILED
SEP 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE