AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

HARRY McMULLEN

**WARRANT FOR ARREST**

Case Number:   CR 05-89-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     HARRY McMULLEN
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

WIRE FRAUD

in violation of    18    United States Code, Section(s)    1343

*U.S. MARSHALS SERVICE WILMINGTON, DELAWARE — RECEIVED 2005 SEP 28 A 6:58*

Peter T. Dalleo
<br>Name of Issuing Officer

BY: [signature] ; Deputy Clerk
<br>Signature of Issuing Officer

Clerk, United States District Court
<br>Title of Issuing Officer

9/28/2005 in Wilmington, DE
<br>Date and Location

Bail fixed at $ _____    FILED OCT 3 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE    by _____
<br>Name of Judicial Officer

*FILED 20 OCT -3 AM 9:35 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE*

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED<br>9-28-05 | NAME AND TITLE OF ARRESTING OFFICER<br>Barbara Fahey  DUSM | SIGNATURE OF ARRESTING OFFICER<br>Barbara Fahey |
|---|---|---|
| DATE OF ARREST<br>9-28-05 | | |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                        _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____