IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A. v. __HARRY McMULLEN__   CASE NO. __CR 05-89-KAJ__

The defendant, __HARRY McMULLEN__, having been scheduled for arraignment on __OCTOBER 6, 2005__ and a continuance having been made by the __COURT__ or the following reason; __DUE TO SCHEDULING CONFLICTS__. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued __OCTOBER 13, 2005__

(2) The period between __OCTOBER 6, 2005__ and __OCTOBER 13, 2005__ shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 10/20/05

_/s/ Mary Pat Thynge_