UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       )<br>       Plaintiff, )<br>       )<br>       )     CASE NO. CR 05-89 KAJ<br>vs.    )<br>       )<br>Harry V. McMullen )<br>       )<br>       Defendant. ) | |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *October 20, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *December 8, 2005*. The time between the date of this order and *December 8, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                                                  _____
                                                                                  Honorable Mary Pat Thynge
                                                                                  U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney