JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
(302) 658-8980
MEMBER DEL. AND FLA. BARS

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 DEC 19 PM 2:06

December 15, 2005

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re: U.S. v. Harry V. McMullen
        Cr.A. No. 05-89-KAJ

Dear Judge Jordan:

The purpose of this correspondence is to provide you with our best estimate as to the probable resolution of this case.

To a degree of probability that I would describe as "95 percent plus", the matter will be resolved by a plea.

I would expect the final, and agreed-upon, resolution to occur no later than mid January.

My suggestion, subject to your convenience, is that the matter be set for a plea entry or "change of plea", whatever the words of art may be, in early or mid February of next year.

Respectfully,

Joe Hurley

JAH:jr

pc: Beth E. Moskow-Schnoll, Esquire