IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-89-KAJ |
| HARRY V. McMULLEN, | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

IT IS HEREBY ORDERED that

1. A Rule 11 hearing has been scheduled for **February 9, 2006 at 9:30 a.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

2. That the defendant Harry V. McMullen is to report to the Office of the United States Marshal, 844 King Street, Room 100, Wilmington, Delaware, at **9:00 a.m.** on February 9, 2006.

3. The time between December 8, 2005 and the date of the change of plea hearing shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

UNITED STATES DISTRICT JUDGE

December 20, 2005
Wilmington, Delaware