FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 FEB 16  PM 4:39

# JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
(302) 658-8980
MEMBER DEL. AND FLA. BARS

February 14, 2006

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801

       Re:  U.S. v. McMullen
             Cr.A. No. 05-89-KAJ

Dear Judge Jordan:

      It is with some embarrassment that I point out to the Court that I made a misrepresentation to the Court when I said that my client had led a "blemishless" life.  Although I certainly thought I was correct when I said it, on the other hand, I was so focused on the parameters of the plea agreement, that I had not bothered to review my notes from my initial contact with him which dated back almost a year.  I had not anticipated your question, and I "winged it"[1] based upon my perception of Mr. McMullen in my contacts with him and viewing him as an otherwise law-abiding citizen.

      Immediately after the festivities adjourned, I conferred with my colleague, Beth, to find out what she was talking about when she said that he had previously been convicted.  Although the incidents to which she referred, were certainly not recent, nonetheless they were a matter of record.

      I pride myself in believing that a Court can "bank on it" when I make a representation whether it is in Court or out of Court, and, in this case, regrettably, if you had "banked" on it, you would be bankrupt at the moment.

---

[1]  I was going to use the past tense, but I am not certain if the proper past tense is "winged" or "wang".

The Honorable Kent A. Jordan
February 14, 2006
Page 2

      There is no need for you to respond to this communication, and I trust, even though it turned cold, you don't think I was trying to pull the proverbial "wool" where it doesn't belong.

                                            Respectfully,

                                            Joe Hurley

JAH:jr

pc: Beth E. Moskow-Schnoll, Esquire