# JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
---
(302) 658-8980
MEMBER DEL. AND FLA. BARS

May 4, 2006

The Honorable Kent A. Jordan
U.S. District Court
844 North King Street
Wilmington, DE 19801

      Re:  U.S. v. McMullen
            Docket No. 1:05CR00089-001(KAJ)

Dear Judge Jordan:

      As you know, the above-cited defendant is scheduled for sentencing on May 15th. The purpose of this correspondence is to request a rescheduling until mid July. The defendant remains free on bail.

      This case is the personification of a "paper case" where the corpus delecti is found in a trace of proceeds of various bank accounts over an extended period of time. While the defendant does not deny that he appropriated monies wrongfully, he offers spirited debate regarding the amount taken.

      More than a month ago, I made a referral, of the defendant, to an accountant whose services I have utilized in the past and who I have found to be most responsive and responsible. In that letter, I copied the defendant so that appropriate arrangements could be made vis-a-vis the defendant and the accountant. My assumption was that the arrangements had been made and that there was an ongoing process of reconciliation.[1] I was surprised to learn that, in fact, no contact had been made by the accountant. The point that I make is that the defendant was not responsible for the miscommunication nor was there any indication of lack of cooperation on his part.

---

[1] Of figures not people.

The Honorable Kent A. Jordan
May 4, 2006
Page 2
_____

      I now find myself in the position where the "homework" has not been completed through no fault of the hapless defendant. The amounts involved are "staggering" and the work involved to effect the trace is substantial.

      The defendant has no prior criminal history, isn't going anywhere, is no threat to the community and this request is not offered simply to obtain a whimsical delay.

      I tried to contact Shannon, but, of course, she was not "at the helm" so I am unable to offer her response, other than my own opinion, and which I will withhold at this time.

                                   Respectfully,

                                     Joe Hurley

JAH:jr

pc:  Shannon Thee Hanson, Esquire