# JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
———
(302) 658-8980
MEMBER DEL. AND FLA. BARS

July 17, 2006

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re:  U.S. v. Harry v. McMullen
          Cr.A. No. 05-89-KAJ

Dear Judge Jordan:

    The presentence report includes the opinion of a gentleman, with whom I am not familiar, with a name of Keith Kaut. His opinion, apparently, is that the defendant does not suffer from compulsive gambling addiction.

    I have had the defendant evaluated by the individual, Jerry Fulcher, who has previously been recognized as an expert in compulsive gambling disorders by this very Court. I am asking leave of the Court to present Mr. Fulcher, for an approximate five-minute colloquy to support our contention, and for whatever it is worth to the Court, that there is an underlying addictive facet rather than amoral or immoral facet which has led to this crisis for Mr. McMullen.

                                   Respectfully,

                                   Joe Hurley

JAH:jr
pc: Beth E. Moskow-Schnoll, Esq.

SO ORDERED, this 18th day of July, 2006

_Kent A. Jordan_
UNITED STATES DISTRICT JUDGE