## JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801

(302) 658-8980
MEMBER DEL. AND FLA. BARS

July 17, 2006

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801

      Re: U.S. v. Harry V. McMullen
           Cr. A. No. 05-89-KAJ

Dear Judge Jordan:

    For reasons which are not particularly clear to me, I have been instructed that I am not able to access the report that has been prepared as part of my client's cooperation, on behalf of my client, and which you will view as part of the sentencing process, without my having written authorization. Since I am a loyal foot soldier who need not understand the arcane mechanisms that abound in the legal system, I will simply comply.

    Enclosed you will find the authorization. I request the right to review the report prepared by Mr. Kaut.

                                 Respectfully,

                                 Joe Hurley

JAH:jr
Enclosure
pc: Beth E. Moskow-Schnoll, Esquire,
    w/enclosure