IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) Cr.A. No. 05-89-KAJ |
| | ) |
| HARRY V. MC MULLEN, | ) |
| | ) |
| Defendant. | ) |

A U T H O R I Z A T I O N

I, Harry V. McMullen, hereby authorize the release, to my attorney, Joe Hurley, of any and all documents pertaining to my sentencing and which have been prepared by or collected by the Pre-sentence Office which would include, without limitation, some type of writing prepared by Mr. Kaut.

_____          _____
Witness                                                        Harry V. McMullen

Dated: __7/18/2006__