

# JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
---
(302) 658-8980
MEMBER DEL. AND FLA. BARS

July 19, 2006

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re:  U.S. v. Harry V. McMullen
         Cr.A. No. 05-89-KAJ

Dear Judge Jordan:

    Please find enclosed character letters written on behalf of Mr. McMullen.

                               Respectfully,

                               Joe Hurley

JAH:jr
Enclosures

   pc:  Beth E. Moskow-Schnoll, Esquire,
        w/enclosures