*Filed In Open Court 7/20/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-89-KAJ |
| | : | |
| HARRY V. McMULLEN, | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss the Indictment returned by the Federal Grand Jury on September 27, 2005, pursuant to a Memorandum of Plea Agreement.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: July 21, 2006

**IT IS SO ORDERED** this 20th day of July, 2006.

_____
HONORABLE KENT A. JORDAN
United States District Court Judge