# JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801

(302) 658-8980
MEMBER DEL. AND FLA. BARS

August 21, 2006

The Honorable Kent A. Jordan
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re:  U.S. v. Harry V. McMullen
         Cr.A. No. 05-89-KAJ

Dear Judge Jordan:

    Please regard this as a request that the Court make a recommendation that Harry be ensconced in a penitentiary that will allow his family members reasonable access to him during his sequestration from society.

    I enclose a letter explaining the basis.

                            Respectfully,

                            Joe Hurley

JAH:jr
Enclosure

pc:  Beth E. Moskow-Schnoll, Esquire,
     with enclosure

     Clerk of U.S. District Court,
     with enclosure



FILED
AUG 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

July 30, 2006

To Whom It May Concern:

    I would like to request that a facility close to where my family lives be recommended for me. It is going t be a hardship on them especially, my wife to have to raise our children with out me and I do not want it to add to it by me being in a facility that is more than 3 hours or so away from her. My youngest child, who is 22 months old, does not do well on long trips. Financially, my family would not be able to come and see me every week or every other week if I am placed to far away from home and having young children and teenagers, it is still very important to my wife and myself that we try and keep the family unit as close together as we possibly can even though I will not be present all the time for them.

    The following people will be coming to visit me on a regular basis:

1. My wife- Mary
2. My Children- Jennie, C.J., Emma Cate (these 3 when ever my wife comes up weekly or every other week which ever is my visitation schedule). Jacqueline, Leslie and Harry (once a month or so)
3. My Brother- Frank McMullen & his son Frankie (on occasion)
4. Friends- John Fagly his girlfriend Robin. Tracey Lathbury
5. My sister in law- Jennifer Ghione and her daughter Elizabeth Ghione, Cindy Ghione
6. My brother in laws- Rocky Ghione, Charles Ghione.
7. My mother in law- Genevieve Ghione

    There are various others who may wish to visit also but these would be the main people at this time.

Sincerely,

Harry V. McMullen