```
            IN THE UNITED STATES DISTRICT COURT
               DISTRICT 3 WILMINGTON DELAWARE

UNITED STATES OF AMERICA,        :
                                 :
            Plaintiff,           :   CASE NO. 05cr00089-001
                                 :
v.                               :
                                 :
HARRY V. McMULLEN,               :
                                 :
            Defendant.           :
                                 :
_____:
```

FILED JUL 20 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BD scanned

## 60B MOTION

COMES NOW, Harry McMullen, pro se as defendant/petitioner, to ask this Court to simply apply the proper guideline to reduce his sentence. Under Federal Rules of Procedure, 60B (6) a District Court may re-open judgements. In the instant case, the petitioner is simply seeking relief. The Court is required to liberally constru defendants 60B Motion as a §2255 Motion. To deny the 60B Motion would clearly be an abuse of discretion. See Browder v. Director, 434 US 257(1978). Based upon the dipositive facts to the instant case, and the overwhelming weight of the US Supreme Court case law, defendant's 60B Motion can be construed under its own merit for this Court to correct an error and provide defendant relief.

## MEMORANDUM

The defendant pled guilty to wire fraud and was sentenced to 30 months incarceration. On page 24 lines 15-20, in the sentencing memorandum (see Exhibit A), the Court so agreed to sentnece the defendant within the guidelines. However, because the incorrect guideline was applied, the defendant was enhanced by 2 additional points.

The defendant was told by his attorney that he would only be pleading to the unauthorized use of a credit card. The alleged activity started allegedly in 1999, so therefore the 2000 guideline shall be used.

Although under USSG 1B1.11, sentencing courts generally are required to apply the US Sentencing guidelines that are in effect on the date of sentencing. It must instead apply guidelines in effect on date that the offense of conviction was committed. If it determines that use of the guidelines in effect on date that defendant is sentenced would violate ex post facto clause of the US Constitution, then, the sentencing court must apply the guidelines in effect at the time the activity began.

In the instant case, the defendant pled to 1 count of wire fraud. It is well settled law that wire fraud convictions start on the earliest date of the alleged activity. In the case at bar, the defendant allegedly withdrew funds from an ATM Machine using a company credit card. The conviction yeilded the defendant a thrity month sentence. Because the sentencing indicated that he would in fact, sentence in the middle range, this court now will also be obliged to do the same.

The proper guidelines to be used in effect would be the 2B1.1 in effect in 1999. At that time, the court used the 2F1.1. In applying the new guidelines, the defendant would have a base level of 4. In calculating the loss which exceeded $100.00, the increased points would be level L or an additional 11 points. This computes a total of 15 points. Based on the defendant's zero criminal history, the guidelines would thus yeild 18-24 months. The defendant received an additional three point deduction for acceptance of responsibility.

## CONCLUSION

Based upon the foregoing depositive facts, and conclusions of law, this Court should regard the argument as proper guideline decision, and grant the relief requested.

Therefore, this Honorable Court should re-sentence the defendant to the proper guideline of 12 points, deducting the 3 points from 15. This computation would then become 12-16 months. Because the sentencing court has already determined that he would in fact sentence in the middle of the guideline, this Court can reach the same conclusion. The defendant would then be sentenced to 14 months, which would compute to time served.

DATED THIS 17th DAY OF JULY, 2007

Respectfully submitted,

*[signature]*
Harry McMullen, pro se
Reg. No. 05010-015
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

(3)

1       One of the people who wrote on your behalf said
2   this man is not a criminal, and that individual and other
3   people who know you and love you need to know even though
4   they love you, you are a criminal and that's the sad part of
5   it.  That doesn't mean you can't change but it does mean you
6   will pay a penalty.
7       Hundreds of thousands of dollars in losses.
8   Hundreds of thousands of dollars in losses.  And that's
9   money that realistically, you know, will it ever get paid
10  back?  Almost certainly not.  So you can't make them whole
11  financially and you can't make up for the damage you've done
12  to the trust and to the reputation of fire companies and
13  people who put their reputations together with yours when
14  they trusted you as a treasurer.
15      So I am going to sentence you within the
16  guideline range.  I'm going to sentence you in the middle of
17  that range as my effort to recognize with a few months below
18  the 33-month maximum that you've had a generally law-abiding
19  life and shown characteristics in your background that
20  deserve recognition of less than a maximum sentence.  But I
21  don't feel like I could, in good conscience, give you less
22  than two and-a-half years.
23      So this is the sentence I intend to impose:
24      Pursuant to the Sentencing Reform Act of 1984,
25  it is the judgment of the Court that the defendant Harry

EX/B A

*[Editors' Note: The following is the old § 2B1.1 as it appeared before it and § 2F1.1 were deleted and replaced on November 1, 2001 by the new § 2B1.1. Please note that this old § 2B1.1 is not part of the Commission's November 1, 2004 Sentencing Guidelines Manual.]*

§2B1.1.   **Larceny, Embezzlement, and Other Forms of Theft; Receiving, Transporting, Transferring, Transmitting, or Possessing Stolen Property**

(a)   Base Offense Level: 4

(b)   Specific Offense Characteristics

(1)   If the loss exceeded $100, increase the offense level as follows:

| Loss (Apply the Greatest) | | Increase in Level |
|---|---|---|
| (A) | $100 or less | no increase |
| (B) | More than $100 | add 1 |
| (C) | More than $1,000 | add 2 |
| (D) | More than $2,000 | add 3 |
| (E) | More than $5,000 | add 4 |
| (F) | More than $10,000 | add 5 |
| (G) | More than $20,000 | add 6 |
| (H) | More than $40,000 | add 7 |
| (I) | More than $70,000 | add 8 |
| (J) | More than $120,000 | add 9 |
| (K) | More than $200,000 | add 10 |
| (L) | More than $350,000 | add 11 |
| (M) | More than $500,000 | add 12 |
| (N) | More than $800,000 | add 13 |
| (O) | More than $1,500,000 | add 14 |
| (P) | More than $2,500,000 | add 15 |
| (Q) | More than $5,000,000 | add 16 |
| (R) | More than $10,000,000 | add 17 |
| (S) | More than $20,000,000 | add 18 |
| (T) | More than $40,000,000 | add 19 |
| (U) | More than $80,000,000 | add 20. |

(2)   If the theft was from the person of another, increase by 2 levels.

(3)   If (A) undelivered United States mail was taken, or the taking of such item was an object of the offense; or (B)

Chief Judge Susan L. Robinson
U.S District Court of Northern Delaware
9th & King Street
Wilmington, DE 19801

May 21, 2007


Dear Chief Judge Susan L. Robinson:

My name is Harry V. McMullen, Criminal Action #05-89(KAJ). I pleaded guilty in May 2006 to wire fraud in the U.S. District Court Of Northern Delaware. I received my sentence of 30 months in a federal correctional institution in Morgantown, W. VA. On July 21, 2006. I started serving my sentence on August 21, 2006 and I am currently there and have served 9 months of the 30 months assigned to me.

I have read several articles in The News Journal that have been sent to me in regards to people committing the same crime I am accused of. One in particular that I read was dated February 12, 2007 and I found that article amazing. Adam J. Levinson, 44, the former manager of Cool Smart, a water filter company pleaded guilty last year to wire fraud and tax fraud charges.

He pleaded with you, Chief District Judge Sue Robinson for leniency. Citing mental health issues and his family's financial situation. Mr. Levinson went onto make the following statement to the court:

"We've already lost all of out net worth. Without my income we'd loose the rest. Please do not sent me to jail. Please let me continue to work and support my family."

You dismissed Mr. Levinson's mental health claim...stating:

"That they were not unusual"

You ultimately agreed that the public was at no risk if Mr. Levinson was allowed to avoid jail time. And:

"That jail time would cost both society and the Levinson Family and it did not seem to serve a purpose in this case."

You also noted that he was a non-violent offender with no criminal history and his fraud did not victimize any individuals.

As I sat and read the detail of Mr. Levinson's case in the News Journal and the first thing that came to mind was how my case was to Levinson's, similar in aspect only, not in the final sentence phase. Mr. Levinson received 6 months home confinement, was ordered to perform 100 hours of community service and to repay Elkay $177,000. Although Assistant U.S. Attorney Shannon T. Hanson had asked the court to send him to jail, the Federal sentencing guidelines called for 2 to 2 ½ years in prison. The same in which my sentencing called for and I received.

It appears to me that Mr. Levinson received a sentence very different from the one I received because of his status in the community. I find it hurtful to believe that I received the 30 months of

● Page 2											May 20, 2007

imprisonment and he received a much less harsher sentence than me for the same crime. The only difference is that I did not commit tax fraud just wire fraud.

I to am a non-violent offender with no criminal history and my fraud did not victimize and individuals per say. I also asked the mercy of the court and Judge Kent A. Jordan to let me have house arrest, stay home to support my family and pay my restitution to the Cranston Heights Fire Company. I felt that it was not unreasonable request, but instead here I am unable to help support my wife and 4 children and 2 stepchildren. My family has lost not only their father and my wife her, husband, but also all of our net worth. Without my income, we have lost everything. Just barely being able to keep a roof over their heads and food on the table as well as clothes on their back. My wife has been forced to sell everything of value in order to keep from being put on the street.

I am having a hard time understanding how something like this happens. It is my understanding that all are equal in the eyes of the law...Rich or Poor. Yet as I sit here, a poor man that has lost everything that I have worked in my life for, I do not understand why Mr. Levinson is not sitting here beside me serving a $30^{\text{month}}$ sentence also. The only difference I see is our economic positions in society.

The Honorable Judge Kent A. Jordan went so far as to say that he wanted to see me suffer for what I did. He has made good on that and not only am I suffering by being away from my family, my family is also suffering.

The Honorable Judge Kent A. Jordan had received several letters from the people who know me and of the community, from my employer and two members of the firehouse stating many good qualities about me and how this would affect my family. He in court said:

"I've read the letters that were sent on your behalf by many friends who think clearly of you. Your background reflects life that includes many good things, including volunteer work that was I think motivated you by a desire to do well in the Community. People that you work for and work with in your professional life describe you as hard working and trustworthy. So it is particularly sad, though believable, that you've got a serious gambling problem, but the law tells me that I cannot give you a pass for having that gambling problem. I cannot ignore the consequences of what you have done."

Going on to say:

"One of the people who wrote on your behalf said this man is not a criminal, and that individual and other people who know you and love you need to know even though they love you, you are a criminal and that is the sad part of it. That doesn't mean you can't change, but it does mean you will pay a penalty."

Mr. Levinson is just as much a criminal as I am one also. So I wonder how his sentence could be any different than what I received. I fell that my family was never considered in my case and it hurts me so to see what they are going through. Judge Jordan having a family like myself, I thought would take this into consideration. I thought my attorney would do the same and that has been proven he didn't.

During my 5 years with the fire company as a volunteer, I have received many awards:

Top 10 Responders for 5 years

13 Life Save Awards

25 Accommodations

The President's Award- the highest given by the company.

● Page 3                                                                                         May 20, 2007

  Please your Honor, Governor, Senators, Congressman and Speaker of the House of Representatives, I do not know if there is anything you can do or advise me of as far as options that I may have. But if you can please look at my case and see if there is anyway I can get my sentenced changed to house arrest, so that I may be able to get home to my family and help take care of them and pay the fire company there restitution My employer will verify that I have employment with them if I can return home and submit anything that is needed to help me.

  My wife does not have enough money to hire and attorney to help assist her in my pursuit. The last I heard from Joseph Hurley, Esq., and the attorney who represented me in this case is that I would need at least $15,000.00 to file an appeal. My wife has consulted several other attorneys in the matter and most have said that they would not be able to help her with the exception of one who would require a down payment, which at this time she does not have.

  My wife has also applied to the state for help and because of how much she makes, she does not qualify for any type of assistance except for food stamps ($98.00) a month, and Medicaid for my youngest child who is 2 ½ years old. She works a full time job and has to pay for health insurance. She request to be set up for the Delaware Healthy Children's Program and did not qualify for that. So now she struggles on a daily basis of paying rent and utilities and is to the point of loosing all of that. I also have a son and a daughter who have ADHD and learning disabilities and they to are suffering because I am not around to lend them the support and encouragement they need as well as the discipline it takes to get these children through their every day life.

  Once again, I am asking you and the others if there is anyway I can come home to my family and help them from becoming another product of society and struggling everyday to keep themselves going.

  I appreciate you taking your time to read my letter and I hope to hear from you soon. My family and I want to thank you for your time.

                 Sincerely,

                 Harry V. McMullen


HVM/mam

Cc: Governor Ruth Ann Minner

   Senator Joseph R. Biden, Jr.

   Senator Thomas R. Carper

   Congressman Michael N. Castle

   Speaker to the House of Representatives

   Attorney General Beau Biden



NAME: Harry McMullen
REG. NO. 05010-015
FEDERAL CORRECTIONAL INSTITUTION
BOX 1000
MORGANTOWN, WEST VIRGINIA 26507-1000

Clerk of Court
United States District Court
Lockbox 18
Wilmington, DE 19801