COPY

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

United States Attorney's Office

**Beth Moskow-Schnoll**
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

RE: **NOTICE OF FILING OF A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. 2255**

Dear Assistant U.S. Attorney:

Pursuant to Rule 3 of the rules governing the procedure in the District Court on a motion under 28 U.S.C. 2255, a copy of a Motion to Vacate, Set Aside or Correct Sentence pursuant to Title 28 U.S.C 2255 is herewith served upon you together with this notice that the motion was filed this date as follows:

**UNITED STATES OF AMERICA v. ANTHONY JONES**
**Criminal Action No. 05-89 \*\*\***

Sincerely,

*Bob Cruikshank*
Deputy Clerk

I hereby acknowledge receipt of the original of this notice together with a copy of the motion and order on _____.

_____
Signature

_____
Title

Date: **July 25, 2007**

cc: Harry V. McMullen