UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

2007 JUL 27 AM 11: 49

United States Attorney's Office

**Beth Moskow-Schnoll**
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

RE: **NOTICE OF FILING OF A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. 2255**

Dear Assistant U.S. Attorney:

Pursuant to Rule 3 of the rules governing the procedure in the District Court on a motion under 28 U.S.C. 2255, a copy of a Motion to Vacate, Set Aside or Correct Sentence pursuant to Title 28 U.S.C 2255 is herewith served upon you together with this notice that the motion was filed this date as follows:

**UNITED STATES OF AMERICA v. ~~ANTHONY JONES~~** Harry McMullen
**Criminal Action No. 05-89 ***

Sincerely,

_Bob Cruikshank_
Deputy Clerk

I hereby acknowledge receipt of the original of this notice together with a copy of the motion and order on _7-26-07_.

_Beth M. Schnoll_
Signature

_AUSA_
Title

Date: **July 25, 2007**

cc: Harry V. McMullen