IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-89-*** |
| ) | |
| HARRY V. MCMULLEN, ) | |
| ) | |
| Defendant. ) | |

**AEDPA ELECTION FORM**

FILED

AUG – 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

1. __XXXX__   I wish the court to rule on my § 2255 motion as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this motion will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2255 motion to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later motions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive motion will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2255 motion

without prejudice to file one all-inclusive motion in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive motion must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____     I am not seeking federal habeas corpus relief under § 2255. I am instead seeking relief under _____.

_____
Petitioner

NAME: Harry V. Nicoletta
REG. NO. 05010-015
FEDERAL CORRECTIONAL INSTITUTION
BOX 1000
MORGANTOWN, WEST VIRGINIA 26507-1000

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

U.S.M.S. X-RAY

CLARKSBURG WV 253
30 JUL 2007 PM 2 L