September 1, 2007


Robert Cruickshank
Office of the Clerk of the Court
United States District Court
    For The Third Circuit
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570


Re:        United States v. Harry V. McMullen
             Criminal Action No. 05-89
             <u>Request for Docket Sheet and Plea Agreement</u>


Dear Mr. Cruickshank:

    I am writing you as an indigent incarcerated <u>pro se</u> person.

    Please send to me a copy of the docket sheet in the above styled matter as well as a copy of my plea agreement.

    Thank you for your help in this matter. Please send to the address listed below.


Sincerely,

Harry V. McMullen, <u>pro se</u>
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507-1000



FILED
SEP - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

NAME: Harry McMullen
REG. NO. 05010-015
FEDERAL CORRECTIONAL INSTITUTION
BOX 1000
MORGANTOWN, WEST VIRGINIA 26507-1000

CLARKSBURG WV 263
04 SEP 2007 PM 2 L

Robert Cruickshank
Office of the Clerk of the Court
United States District Court
for the Third Circuit
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

19801+3570