OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 7, 2007

**Harry V. McMullen**
# 05010-015
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

**RE:  Request for Copy of Docket Sheet and Plea Agreement**
    **Crim. No. 05-89 \*\*\***

Dear Mr. McMullen:

   A letter has been received by the Clerk's office from you requesting a copy of your Docket Sheet and Plea Agreement (DI#21) from the above referenced criminal case.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page.  Prepayment should be sent with your request for <u>12</u> pages of copywork, check or money order payable to Clerk, U.S. District Court in the amount of <u>$6.00</u>.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rwc                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Mary Pat Thynge