September 18, 2007

Clerk of the Court
United States District Court
United States Courthouse
Lockbox 18
Wilmington, DE 19801

Re:     United States of America v. Harry McMullen
        Case No. 05-89 XXX
        Request For Documents

Dear Court Clerk:

In a prior letter you notified me that I would have to forward certain monies so as to receive my docket sheet and a copy of my plea agreement in the above styled case. I am an indigent incarcerated person acting pro se and have executed an aplication to proceed In Forma Pauperis. In my case I was treated as an indigent person. I therefore respectfully request that you forward the requested documents to me with out costs.

Thank you for your help in this matter.

Sincerely,

Harry V. McMullen
Fed. Reg. No. 05010-015
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507-1000

RECEIVED SEP 21 2007 U.S. DISTRICT OF DELAWARE

DC 12 (Rev 8/82)

## APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION & ORDER

| CASE TITLE | V. |  |
|---|---|---|
| United States | Harry V McMullen | |

I, _Harry ~~B~~ V. McMullen_, declare that I am the (check appropriate box)

☐ petitioner/plaintiff

☒ respondent/defendant     ☐ _____ other

in the above entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the cost of said proceeding or give security therefore; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issue I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?     YES ☐     NO ☒
   a. If the answer is "yes" state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
      _August, 2006_

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment?  ☐ YES   ☒ NO
   b. Rent payments, interest of dividends?                    ☐ YES   ☒ NO
   c. Pensions, annuities of life insurance payments?          ☐ YES   ☒ NO
   d. Gifts or inheritances?                                    ☐ YES   ☒ NO
   e. Any other sources?                                        ☐ YES   ☒ NO

   If the answer to any of the above is "yes" describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or saving accounts?
   YES ☐    NO ☒    (Include any funds in prison accounts)
   If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   YES ☐    NO ☒
   If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   Mary McMullen - Wife and our six Children

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-16-2007    _____
                            Signature of Applicant

---

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant herein has the sum of $ .65 cent Balance  Last six Months $1047.00

On account to his credit at the  F.C.I Morgantown

Institution where he is confined. I further certify that the applicant likewise has the following

Securities to his credit according to the records of said institution _____

_____
Authorized Officer of Institution
D Whiteman    304-296-4414

### ORDER OF COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefore. |
|---|---|

United States District Judge    Date    United States District Judge    Date



NAME: Harry V McMullen
REG. NO. 05010-015
FEDERAL CORRECTIONAL INSTITUTION
BOX 1000
MORGANTOWN, WEST VIRGINIA 26507-1000

CLARKSBURG WV 263
19 SEP 2007 PM 2 L

Clerk of the Court
United States District Court
United States Courthouse
Lock Box 18
Wilmington, DE 19801