OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

September 24, 2007

TO:

**Harry V. McMullen**
# 05010-015
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

    **RE:  Letter requesting copy work**
       <u>USA v. McMullen, 05cr89</u> \*\*\*

Dear Mr. McMullen:

    The clerk's office is in receipt of your letter dated 9/18/07 regarding obtaining copies as an indigent person by having submitted a motion for in forma pauperis. **Orders granted to allow pro se plaintiff's to proceed in forma pauperis only apply to civil action filing fees.** IFP status does not relieve you from record retrieval fees and/or fees for copy work.

                                     Sincerely,

/rwc                                  PETER T. DALLEO
                                      CLERK

cc: The Honorable Mary Pat Thynge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

September 24, 2007

TO:

**Harry V. McMullen**
# 05010-015
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

    RE:  Letter requesting copy work
         USA v. McMullen, 05cr89 ***

Dear Mr. McMullen:

    The clerk's office is in receipt of your letter dated 9/18/07 regarding obtaining copies as an indigent person by having submitted a motion for in forma pauperis. **Orders granted to allow pro se plaintiff's to proceed in forma pauperis only apply to civil action filing fees.** IFP status does not relieve you from record retrieval fees and/or fees for copy work.

                                  Sincerely,

/rwc                            PETER T. DALLEO
                                CLERK

cc: The Honorable Mary Pat Thynge