IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-89-***(MPT) |
| | ) |
| HARRY V. MCMULLEN, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this ___ day of October, 2007, IT IS HEREBY ORDERED that, on or before December 1, 2007, the Government shall respond to McMullen's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (D.I. 35; D.I. 36; D.I. 39)

Honorable Mary Pat Thynge
U.S. Magistrate Judge