Harry V. McMullen
Reg. Num. 05010-015
Federal Correctional Institution
Post Office Box 1000
Morgantown, West Virginia  26507

December 27, 2007

United States District Court
Honorable Mary Pat Thynge
U.S. Magistrate Judge
844 N. King Street, Lockbox 18
Wilmington, Delaware  19801-3570



RE: Criminal Action No. 05-89-***(MPT)

Dear Judge Thynge:

    I am writing concerning the response from Beth Moskow-Schnoll, Assistant United States Attorney. According to her, I should have been sentenced using the guideline range of 21-27 months. I was sentenced to 30 months which is the middle of the 27-37 range. This is over the guideline range projected by Assistant United States Attorney Beth Moskow-Schnoll.

    Since I have been incarcerated, I have developed severe medical problems (See Attached). I have been in touch with Congressman Tom Carpenter about the lack of medical care here at FCI Morgantown. I am told by the medical staff here that "you have 8 to 10 months remaining and then you can see a doctor to get something done." I am concerned about this because my mother had very similar problems and she passed away within three months from the onset.

    I have medical insurance once I return home. Therefore I can be evaluated to find out what is going on with me.

    This is a major problem. Therefore, I am requesting a reduction of my sentence. I have completed 18 months at FCI Morgantown and have 8 months to go.

    I have done everything that was expected of me here (See Attached #2) and have never been in any trouble. I have completed educational classes and have participated in every help group that has been available thus far.

    Thank you for your time and consideration regarding my health and situation in this matter.

Cc: Beth Moskow-Schnoll

Respectfully Submitted,

Harry V. McMullen